Wayne Godare
Chapter 13 Trustee
District of Portland – Oregon
222 SW Columbia Street, Suite 1700
Portland, OR 97201
(503) 972-6300

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 319-34188-PCM13 |
|     LAWRENCE T GRANT | ) | |
|     TRINA O GRANT | ) | Trustee's Objection to |
| | ) | Debtor's Modified Plan |
| Debtor(s) | ) | Dated 09-28-21 |
| | ) | |

      Wayne Godare, the standing Chapter 13 Trustee ("the Trustee"), objects to Debtors' Modified Plan Dated 09-28-21, which was filed on or about 10-05-21, for the following reason(s):

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 – Objection to Debtors' Modified Plan Dated 09-28-21

1. The Trustee requires copies of Debtors' 2020 Federal and State tax returns.

Therefore, the Trustee objects to the Debtors' Modified Plan and requests that a hearing be set on the matter.

/s/ Wayne Godare
Wayne Godare, Chapter 13 Trustee

I certify that on October 20, 2021, I served copies of this objection on the debtors by mail, at the address as listed in the Court records. I further certify that debtors' attorney was served electronically via ECF on October 20, 2021.

/s/ Chris Fazio
For Wayne Godare, Chapter 13 Trustee